AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| *Case No.:* <br> 1:21-MJ-13 | *Date and time warrant executed:* <br> 1/8/2021 3:42PM | *Copy of warrant and inventory left with:* <br> On File |
| *Inventory made in the presence of :* <br> J. Roth | | |
| *Inventory of the property taken and name of any person(s) seized:* <br><br> PM 9505 5162 1267 1004 2899 48, which contained approximately 1.012KG of a green leafy substance that field tested positive for marijuana. <br><br> FILED <br> RICHARD W. NAGEL <br> CLERK OF COURT <br><br> 2021 JAN 11  PM  3:24 <br><br> U.S. DISTRICT COURT <br> SOUTHERN DIST. OHIO <br> WEST. DIV. CINCINNATI | | |

| *Certification* |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> *Date:*    1/11/2021                                 *Executing officer's signature* <br><br>                                                  Andrew W. Kremer, U.S. Postal Inspector <br>                                                  *Printed name and title* |